Staci Ann BROOKS

v.

Jason Christopher BROOKS

2130970

Court of Civil Appeals of Alabama.

03/13/2015

Affirmed

A.P.

v.

K.P.

2130977

Court of Civil Appeals of Alabama.

02/13/2015

Affirmed

F.B.

v.

JEFFERSON CTY. DEP'T
OF HUMAN RES.

2130980

Court of Civil Appeals of Alabama.

01/16/2015

Affirmed

KRAZ, L.L.C., et al.

v.

Phillip HOLLIMAN et al.

2130994

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed

M.O.

v.

CULLMAN CTY. DEP'T
OF HUMAN RES.

2130997

Court of Civil Appeals of Alabama.

01/30/2015

Affirmed

